IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN DAVIS, on behalf of himself and all others similarly situated,**<br><br>  Plaintiff,<br><br>  -v-<br><br>**VIORI BEAUTY LLC,**<br><br>  Defendant. | Civil Case Number: 1:21-cv-05790-KPF |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 25, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-05790-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:     January 25, 2022
           New York, New York
```

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE